**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 284 EAL 2017
                                :
              Respondent : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
                                :
          v.            :
                                :
                                :
                                :
JAMES MILLER,                   :
                                :
              Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.